UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 16, 2020
David J. Bradley, Clerk

| | |
|---|---|
| Joseph Chhim, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-20-361 |
| § | |
| City of Houston, et al., § | |
| § | |
| Defendants. § | |

## Order Setting Hearing

The hearing on the motion for summary judgment is set on:

October 19, 2020
at 11:00 a.m.
Courtroom 11-C, Eleventh Floor
515 Rusk Avenue
Houston, Texas 77002

Signed September 14, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge