UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 15, 2020
David J. Bradley, Clerk

| | |
|---|---|
| Joseph Chhim, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-20-361 |
| § | |
| City of Houston, et al., § | |
| § | |
| Defendants. § | |

## Order on Interpreter

The motion to appoint an interpreter is denied. (33)

Signed on October 15, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge