UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Joseph Chhim, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-20-361 |
| | § | |
| City of Houston, et al., | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

Because he cannot show that the City breached the settlement, discriminated against him, or retaliated against him, Joseph Chhim takes nothing from the City of Houston and Lula Nelson.

Signed on October 20, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge